IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD BODDIE, <br><br> Plaintiff, <br><br> v. <br><br> SHOP RITE SUPERMARKET, <br> BROWN'S SUPERSTORES, LLC, <br> UNITED FOOD AND COMMERCIAL <br> WORKERS, (UFCW LOCAL 1776), and <br> ZALLIES SHOPRITE, <br><br> Defendants. | Civil Action No.: 2:12-cv-05053-MSG <br><br> FILED <br> FEB -7 2013 <br> MICHAEL E. KUNZ, Clerk <br> By _____ Dep. Clerk |

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by and among the undersigned that all claims asserted in this action by Plaintiff, Ronald Boddie, against Defendant, Zallie Supermarkets, Inc. (incorrectly referred to in the caption as "Zallies Shoprite"), shall be and are hereby dismissed with prejudice. Each side shall be responsible for his and its own legal fees and costs. Zallie Supermarkets, Inc. is no longer a party to this action.

/s/ Patrick Flanigan
Patrick Flanigan, Esquire
Law Office of Patrick Flanigan
P.O. Box 42
Swarthmore, PA 19081-0042
Telephone: (610) 504-1042
E-Mail: pat@lawofficepf.com
*Counsel for Plaintiff*

/s/Gregory S. Hyman
Gregory S. Hyman, Esquire
Seth Spiegal, Esquire
Kaufman Dolowich Voluck & Gonzo LLP
1777 Sentry Park West
Gwynedd Hall, Suite 301
Blue Bell, PA 19422
Telephone: (215) 461-1100
Facsimile: (215) 461-1300
E-Mail: Ghyman@kdvglaw.com
         Sspiegal@kdvglaw.com
*Counsel for Defendant Zallie Supermarkets, Inc.*

Dated: February 6, 2013

SO ORDERED _____
MITCHELL S. GOLDBERG, J.

4624788