IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RONALD BODDIE,** : | **CIVIL ACTION** |
| : | |
| **Plaintiff,** : | |
| : | **No. 12-5053** |
| v. : | |
| : | |
| **SHOP RITE SUPERMARKET, et al.,** : | |
| : | |
| **Defendants.** : | |

# ORDER

**AND NOW**, this 5th day of March, 2013, in light of the stipulation dismissing all claims against Defendant Zallie Supermarkets, Inc. (incorrectly referred to as Zallies Shoprite) (Doc. No. 27), it is hereby **ORDERED** that "Defendant Zallie Supermarkets, Inc.'s Motion to Dismiss the Complaint" (Doc. No. 13) is **DENIED** as moot.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**Mitchell S. Goldberg, J.**