IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RONALD BODDIE,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | **No. 12-5053** |
| v. | : | |
| | : | |
| **SHOP RITE SUPERMARKET, et al.,** | : | |
| **Defendants.** | : | |

# **ORDER**

**AND NOW**, this 29th day of July, 2013, it being noted that Plaintiff has failed to file an amended complaint within thirty (30) days of this Court's Order of June 27, 2013 (Doc. No. 29), it is hereby **ORDERED** that the Clerk of Court shall mark this matter as **CLOSED**.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**Mitchell S. Goldberg, J.**